# CITATION

**KENNETH SAAVEDRA**



Case: **23-1056**

Division: **"B"**

**VERSUS**

34ᵗʰ Judicial District Court
Parish of St. Bernard
State of Louisiana

**DOLLAR GENERAL CORPORATION, JANE DOE, AND ABC INSURANCE COMPANY**

TO: **DOLGENCORP, LLC D/B/A DOLLAR GENERAK STORE NO. 11428
THROUGH ITS REGISTERED AGENT:
CORPORTE SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802**

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION FOR DAMAGES.**

You must either DO WHAT THE PETITION ASKS, OR WITHIN TWENTY-ONE (21) DAYS after of Court at the St. Bernard Parish Courthouse, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within TWENTY-ONE (21) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 16ᵀᴴ day of AUGUST 2023.

KNV/KENNETH
Randy S. Nunez

Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk

www.stbclerk.com

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard_____, _____.

Sheriff

PERSONAL
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____, _____.

Sheriff

**EXHIBIT A**

## 34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

## STATE OF LOUISIANA

NO. 23-1056                                                                 DIVISION "B"

### KENNETH SAAVEDRA

-versus-

### DOLLAR GENERAL CORPORATION, JANE DOE, and ABC INSURANCE COMPANY

Filed: AUG 11 2023                                                   Randy S. Nunez
                                                                                 Deputy Clerk

### PETITION FOR DAMAGES

NOW INTO COURT, through the undersigned counsel, comes Plaintiff, KENNETH SAAVEDRA, a person of the full age of majority and resident of and domiciled in the Parish of St. Bernard, State of Louisiana, who, with respect, shows the Court as follows:

**1.**

Defendants in this action are:

DOLLAR GENERAL CORPORATION, a foreign corporation authorized to do and doing business in the Parish of St. Bernard, State of Louisiana;

JANE DOE, an employee of defendant, DOLLAR GENERAL, thought to be a resident of the Parish of St. Bernard, State of Louisiana; and

ABC INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the Parish of St. Bernard, State of Louisiana.

**2.**

Defendants are jointly and severally indebted unto your Petitioner, KENNETH SAAVEDRA, for all sums as are reasonable in the premises, together with legal interest thereon, and for all costs of these proceedings for the following, to-wit:

**3.**

That on or about August 23, 2023, Plaintiff, KENNETH SAAVEDRA, was a patron of the Dollar General Store (Store No. 11428) located at 5505 East Judge Perez Drive, Violet, Louisiana 70092. As your Petitioner, KENNETH SAAVEDRA, was traversing the floor, he tripped over a foreign object on the floor, causing him to fall and sustain injuries.

**4.**

**EXHIBIT A**

At all times pertinent, the floor area in question was under the control, guard, possession, and/or ownership of the defendants Dollar General and Jane Doe.

5.

The sole proximate cause of the above-described accident was the negligent acts and omissions of defendants, Dollar General Corporation and Jane Doe, and/or their employees, which consist more particularly, but not exclusively, of the following:

A. Failure to use ordinary care and diligence to design, build, keep, and maintain the said floor in a condition reasonably safe for its intended uses and free from all defects and conditions which would render it dangerous and Insafe for plaintiff;

B. Failure to correct an unsafe condition which defendant knew, or should have known, existed;

C. Failure to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable uses of the floor;

D. Failure to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from injuries resulting from the accumulation of metal panels on the floor and the dangerous and unsafe conditions thereby resulting;

E. Failure to use reasonable care in the design, construction, and maintenance of the aforesaid floor;

F. Failure to have sufficient personnel and equipment to properly inspect and maintain the aforesaid floor in a condition reasonably safe for plaintiff and free from defects and conditions it unsafe;

G. Failure to warn the plaintiff of the aforesaid dangerous and unsafe conditions existing on the floor;

H. Failure to sufficiently hire and train employees regarding identifying, curing, and covering hazardous floor conditions, and alerting patrons to the same; and

I. Any other acts of negligence which may be proven at the trial of this matter.

6.

At all times pertinent, Defendant, JANE DOE, was acting within the course and scope of her employment with defendant, DOLLAR GENERAL CORPORATION, and accordingly, defendant, DOLLAR GENERAL, is strictly liable and/or vicariously liable for the acts of

**EXHIBIT A**

defendant, JANE DOE, under the Doctrines of Respondiat Superior, Master and Servant and Principal and Agent.

**7.**

As a result of this accident and resulting injuries, Petitioner, KENNETH SAAVEDRA, sustained injuries as follows:

A. Past, present and future pain, suffering, disability, and mental anguish;

B. Past, present and future medical expenses;

C. Loss of past, present and future economic income and earning potential.

**8.**

At the time of the aforementioned accident, defendant, DOLLAR GENERAL CORPORATION, was issued a contract of liability insurance by defendant, ABC INSURANCE COPMPANY, and therefore, said company has been named a defendant.

**9.**

In accordance with LA CCP Article 1572, petitioner requests that the Court give written notice by certified mail at least 10 days in advance of the date fixed for the trial and/or hearing of the case whether on exceptions, motions, rules, or the merits. Petitioner also requests immediate notice of all orders or judgments whether interlocutory or final made or rendered in this case upon the rendition thereof as provided by LA CCP Articles 1913 and 1914 including notice of judgment in the event this case be taken under advisement or if the judgment is not signed at the conclusion of the trial.

**WHEREFORE,** petitoioner, KENNETH SAAVEDRA, prays that a copy of this petition be served on all defendants, that each be cited to appear and answer same; and that after due proceedings are had, that there be a judgment rendered herein in favor of plaintiff, KENNETH SAAVEDRA, and against all defendants, DOLLAR GENERAL CORPORATION, JANE DOE, and ABC INSURANCE COMPANY jointly and severally, for all sums as are reasonable in the premises, together with legal intertest thereon, for all costs of these proceedings and for all general and equitable relief.

Petitioner, KENNETH SAAVEDRA, further prays that in accordance with LA CCP Article 1572, the Court give written notice by certified mail at least ten days in advance of the date fixed for the trial or hearing of the case whether on exceptions, motions, or rules, or the merits. Petitioner also requests immediate notice of all ordered and judgments whether interlocutory or

**EXHIBIT A**

final made or rendered in this case upon the rendition thereof as provided by LA CCP Articles 1913 and 1914, including notice of judgment in the event this case be taken under advisement or if the judgment is not signed at the conclusion of the trial.

Respectfully Submitted,

**TONRY & GIRAUD, LLC**

**CULLEN A. TONRY (Bar No. 29457)**
PATRICK GIRAUD (Bar No. 29877)
2300 Pakenham Drive
Chalmette, Louisiana 70043
Telephone:   (504) 208-3013
Facsimile:   (504) 324-5364
cullen@tonrylaw.com

**PLEASE SERVE:**

**DOLLAR GENERAL (Store No. 11428)**
5505 E. Judge Perez Drive
Violet, LA 70092

**DOLLAR GENERAL**
*Through its Registered Agent for Service of Process*
Corporate Service Company
421 W. Main Street
Goodlettsville, TN 37072

**DOLGENCORP, LLC d/b/a Dollar General Store No. 11428**
*Through its Registered Agent for Service of Process*
Corporate Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**ABC INSURANCE COMPANY**
HOLD SERVICE

**JANE DOE**
HOLD SERVICE

A TRUE COPY
Randy S. Nunez
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA
By_____
DEPUTY CLERK
/s/ Kristen Vincent

**EXHIBIT A**

**34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD**

**STATE OF LOUISIANA**

NO.  2 3 - 10 5 6    DIVISION " "

**KENNETH SAAVEDRA**

-versus-

**DOLLAR GENERAL CORPORATION, JANE DOE, and ABC INSURANCE COMPANY**

Filed: AUG 1 1 2023 _____

Deputy Clerk

## VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF ST. BERNARD**

BEFORE ME, the undersigned authority, personally came and appeared:

**KENNETH SAAVEDRA**

who, after first being duly sworn, did depose and say:

That she is the petitioner in the above and foregoing Petition for Damages;

That she has read the above and foregoing Petition for Damages and found the allegations contained therein to be true and correct to the best of their knowledge, information and belief.

_____
KENNETH SAAVEDRA

**SWORN TO AND SUBSCRIBED BEFORE**

**ME, THIS __11__ DAY OF AUGUST, 2023.**

_____
**CULLEN A. TONRY (LSBA# 29457)**
**NOTARY PUBLIC**
*My Commission is for Life.*

**EXHIBIT A**