UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENNETH SAAVEDRA                                  CIVIL ACTION

VERSUS                                            NO: 23-5873

DOLLAR GENERAL CORP. ET AL.                       SECTION "H"

JURY VERDICT FORM

1. Do you find by a preponderance of the evidence that Defendant Dollar General was at fault with respect to Plaintiff Kenneth Saavedra's fall on August 23, 2022?

We, the jury, unanimously find:

_____✓_____ YES          _____ NO

If the answer to Question (1) is "YES," please proceed to Question (2). If "NO," please sign this form and return to the Courtroom.

2. Do you find by a preponderance of the evidence that Kenneth Saavedra sustained any injuries as a result of the August 23, 2022 incident?

We, the jury, unanimously find:

_____ YES          _____✓_____ NO

If the answer to Question (2) is "YES," please proceed to Question (3). If "NO," please sign this form and return to the Courtroom.

1

3. Do you find by a preponderance of the evidence that Defendant Dollar General's negligence caused Plaintiff Kenneth Saavedra's injury?

    We, the jury, unanimously find:

    _____ YES            _____ NO

If the answer to Question (3) is "YES," please proceed to Question (4). If "NO," please sign this form and return to the Courtroom.

4. Do you find by a preponderance of the evidence that Plaintiff Kenneth Saavedra was at fault with respect to the August 23, 2022 incident?

    We, the jury, unanimously find:

    _____ YES            _____ NO

If the answer to Question (4) is "YES," please proceed to Question (5). If "NO," please proceed to Question (6).

5. We, the jury, unanimously allocate the percentage of fault as follows:

    **Kenneth Saavedra**            \_\_\_\_%

    **Dollar General**              \_\_\_\_%

    **Total**                          <u>100 %</u>

Please proceed to Question (6).

**6. Without making any deductions for Plaintiff's percentage of fault, if any, state the amount of damages sustained by Plaintiff Kenneth Saavedra as a result of the August 23, 2022 incident?**

We, the jury, unanimously find:

Past Medical Expenses                $_____

Future Medical Expenses              $_____

Pain and suffering, disability,
mental anguish, loss of enjoyment
of life (past, present and future)   $_____


                    TOTAL    $_____


Please sign the Verdict Form and return to the courtroom.

New Orleans, Louisiana, this 16th day of July, 2025.

