UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH SAAVEDRA | CIVIL ACTION |
| VERSUS | NO. 23-5873 |
| DOLLAR GENERAL CORPORATION, ET AL. | SECTION "H" (1) |

## **JUDGMENT**

Considering the verdict of the jury rendered on July 16, 2025;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Plaintiff, Kenneth Saavedra, and against Defendant, Dollar General Corporation, as to fault in Plaintiff's fall on August 23, 2022.

**IT IS FURTHER ORDERED** that Judgment be entered in favor of the Defendant, Dollar General Corporation as any injuries sustained as a result of the August 23, 2022 incident.

Signed in New Orleans, Louisiana, this 16th day of July, 2025.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE